## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Skyline Displays, Inc.,

                Plaintiff,         Court File No. 05-0280 MJD/AJB

v.

                               **ORDER OF DISMISSAL**

Orbus, Inc.,

                Defendant.

**Based upon the Stipulation of Dismissal with Prejudice electronically filed with the Court on March 23, 2006 [Court Docket No. 13], it is hereby adopted and entered.**

    **IT IS SO ORDERED, ADJUDICATED, AND DECREED.**

**Dated: March 27, 2006**                           **s / Michael J. Davis**
                                                             The Honorable Michael J. Davis
                                                             U.S. District Judge, District of Minnesota